# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>LOPEZ, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-00154-LJO-BAM (PC)<br><br>Appeal No. 19-16401<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff Kevin Allen ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On July 1, 2019, the Court dismissed this action, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted. (ECF No. 13.) Judgment was entered accordingly the same date. (ECF No. 14.) On July 15, 2019, Plaintiff filed a notice of appeal. (ECF No. 15.)

On July 24, 2019, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

    Dated: **July 29, 2019**            /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE